**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1899**

BARBARA MURPHY BROWN,

            Debtor - Appellant,

      v.

THOMAS PATRICK GORMAN,

            Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:15-cv-01265-LMB-MSN)

Submitted: March 14, 2017            Decided: March 16, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory Bryl, BRYL LAW OFFICES, Washington, D.C., for Appellant. Thomas P. Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barbara Murphy Brown appeals from the district court's orders affirming the bankruptcy court's order dismissing her Chapter 13 bankruptcy petition and denying her motion for reconsideration. We have reviewed the record provided on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Gorman</u>, No. 1:15-cv-01265-LMB-MSN (E.D. Va. July 7, 2016; July 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>